**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 4 2025

**MITCHELL R. ELFERS**
**CLERK**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 25-876 DHU |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 922(g)(1) and 924: Felon in |
| | ) | Possession of a Firearm and Ammunition. |
| **KEVIN METCALF,** | ) | |
| | ) | |
| Defendant. | ) | |

## I N D I C T M E N T

The Grand Jury charges:

On or about December 29, 2024, in Bernalillo County, in the District of New Mexico, the

defendant, **KEVIN METCALF**, knowing that he had been convicted of at least one crime

punishable by imprisonment for a term exceeding one year, specifically:

    (1)     possession of a controlled substance,

    (2)     unlawful taking of a motor vehicle, and

    (3)     possession of a firearm or destructive device by a felon,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant,

**KEVIN METCALF**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28

U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense,

including, but not limited to:

    a.     a Glock, model 19X, 9mm caliber pistol bearing serial number BKHL485,

b.      approximately 16 rounds of assorted 9mm caliber ammunition,

c.      approximately six 45 caliber rounds of ammunition,

d.      approximately one 9mm caliber round of ammunition, and

e.      approximately 86 rounds of 22 caliber ammunition.


A TRUE BILL:


/s/
FOREPERSON OF THE GRAND JURY


Assistant United States Attorney